IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

SIMMONS PREPARED FOODS, INC.                                              PLAINTIFF

v.                    Civil No. 06-5235

BLUE RIBBON COMMODITY TRADERS, INC.                                       DEFENDANT

**O R D E R**

Now on this 26th day of February, 2007, comes on for consideration plaintiff's **Motion To Strike Answer** (document #5), and the Court, being well and sufficiently advised, finds that said motion is well taken. An artificial entity such as a corporation cannot be represented in this Court by anyone other than a licensed attorney. **Rowland v. California Men's Colony**, **506 U.S. 194 (1993)**. Defendant is a corporation, and the Answer filed on its behalf was not filed by an attorney. The motion is, therefore, **granted**, and pursuant to **F.R.C.P. 12(f)**, defendant's Answer is **stricken** from the record of this case, and held for naught.

**IT IS SO ORDERED.**

                                            /s/ Jimm Larry Hendren
                                            JIMM LARRY HENDREN
                                            UNITED STATES DISTRICT COURT