IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
APR 20 2007
CHRIS R. JOHNSON, CLERK
BY
           DEPUTY CLERK

| | |
|---|---|
| SIMMONS PREPARED FOODS, INC., ) | |
| ) | |
| **Plaintiff** ) | |
| ) | Case No. __06-5235__ |
| v. ) | |
| ) | |
| BLUE RIBBON COMMODITY ) | |
| TRADERS, INC., ) | |
| ) | |
| **Defendant** ) | |

## STIPULATED JUDGMENT

STIPULATED JUDGMENT IS HEREBY ENTERED in favor of the Plaintiff SIMMONS PREPARED FOODS, INC. and against the Defendant BLUE RIBBON COMMODITY TRADERS, INC. in the amount of $228,096.48, for interest from and after the date of each invoice until April 2, 2007, at the rate of 6% per annum in the aggregate amount of $5,340.95, for interest thereafter until the date of judgment at the rate of $37.50 per day, for court costs of $350.00, and for post-judgment interest at the ~~rate set forth in 28 U.S.C. §1961(a)~~ *4.97% per annum*.

Now the condition of this STIPULATED JUDGMENT is that Plaintiff SIMMONS PREPARED FOODS, INC. shall not execute or otherwise levy thereon or seek enforcement thereof in any manner and against any asset of Defendant BLUE RIBBON COMMODITY TRADERS, INC. until January 2, 2008. Notwithstanding the foregoing, Plaintiff SIMMONS PREPARED FOODS, INC. shall be permitted to immediately register the STIPULATED JUDGMENT in the

Commonwealth of Pennsylvania or elsewhere and docket the same as a lien upon any real estate owned by Defendant BLUE RIBBON COMMODITY TRADERS, INC.

Dated: April 20, 2007

Hon. Jimm Larry Hendren
U.S. District Judge

Approved as to form & content:

Andrew R. Turner, OBA #9125
CONNER & WINTERS, LLP
4000 One Williams Center
Tulsa, Oklahoma 74172-0148
(918) 586-8972, Fax (918) 586-8672
E-mail: aturner@cwlaw.com
Attorney for Plaintiff
SIMMONS PREPARED FOODS, INC.

Michael S. Silberman, PA Attorney I.D #21477
SILBERMAN & DIFILIPPO, P.C.
1500 Chestnut Street - Lower Level
Philadelphia, PA 19102
(215) 972-1420, Fax (215) 972-1491
Attorney for Defendant
BLUE RIBBON COMMODITY TRADERS, INC.

2